UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM FOUST,

        Plaintiff,

v.

GENERAL MOTORS LLC,
AND JON DIEWALD,

        Defendants.

Case No. 2:23-CV-13257-JJCG-CI

Hon. Jonathan J.C. Grey
Magistrate Judge Curtis Ivy, Jr.

---

MCTAVISH LAW PLC
Christopher A. Chekan (P54969)
*Attorneys for Plaintiff*
41000 Woodward Ave., Suite 350 East
Bloomfield Hills, MI 48304
Phone: (248) 289-7096
chris@mctavishlaw.com

OGLETREE DEAKINS, PLLC
Donald C. Bulea (P84895)
Lauren D. Harrington (P85545)
*Attorneys for Defendants*
34977 Woodward Avenue, Ste. 300
Birmingham, MI 48009
248-593-6400
donald.bulea@ogletree.com
lauren.harrington@ogletree.com

---

### EXHIBIT LIST TO DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND JURY DEMAND

1    GM's Company Vehicle Policy
2    GM's Winning With Integrity Policy
3    Text Messages Between Mike McBride and Plaintiff
4    EEOC File
5    January 26, 2024 Letter and Email Providing Personnel Records