# EXHIBIT 3



**New Message**  Cancel

To: Adam Foust

Jul 26, 2022 at 12:26 PM

Hey ! I have a huuuuge favor to ask. Regarding corvette. I have to drive back to Indiana Thursday and can't drive our family car that Jess drives because it's a lease and almost out of miles. Anyway I can use your vette from Thursday until we get back Saturday? I can pick it up at your house and leave my wife's Acadia ???

Also there is a car show at the fishing clinic I am going to and could show it off....

If you can't or don't want to I totally understand but trying to avoid getting a rental.

> Hi, actually already told someone else they could use

