# EXHIBIT 5

## Bulea, Donald (Doni) C.

| | |
|---|---|
| **From:** | Bulea, Donald (Doni) C. |
| **Sent:** | Friday, January 26, 2024 4:29 PM |
| **To:** | chris@mctavishlaw.com |
| **Cc:** | Harrington, Lauren D. |
| **Subject:** | Foust v. GM, et al -- Plaintiff's Personnel Records |
| **Attachments:** | 01 26 24 Ltr to Plf's Counsel w 000001 - 000089 (Foust).pdf; 000001-000089 GM Production (Foust).pdf |

Chris - please see attached correspondence and personnel records.

**Donald (Doni) C. Bulea | Ogletree Deakins, PLLC**
34977 Woodward Avenue, Suite 300 | Birmingham, MI 48009 | Telephone: 248-723-6120
donald.bulea@ogletree.com | www.ogletree.com | Bio
Licensed in Ohio and Michigan

1

# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC**

*Attorneys at Law*

34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: 248-593-6400
Facsimile: 248-283-2925
www.ogletree.com

Donald C. Bulea
248-723-6120
Donald.Bulea@ogletree.com

January 26, 2024

**VIA EMAIL**
Christopher A. Chekan, Esq.
McTAVISH LAW PLC
41000 Woodward Ave., Suite 350 East
Bloomfield Hills, MI 48304
chris@mctavishlaw.com

    RE:  Adam Foust v. General Motors LLC, et al.
          USDC Case No. 23-CV-13257

Dear Chris,

Enclosed are documents Bates No. GM-FOUST000001 - GM-FOUST000089, which are Plaintiff's personnel records being produced in response to your request under the Bullard-Plawecki Right to Know Act. Please contact me if you have questions or wish to discuss further.

Sincerely,

Donald C. Bulea

DCB:dmb
Enclosures
cc: Lauren D. Harrington, Esq.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

60220162.v1-OGLETREE